UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| ANTHONY OLIVER, | Case No. 18-cv-05505-LB |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR DISCOVERY** |
| LYFT, INC., et al., | Re: ECF No. 10 |
| Defendants. | |

Plaintiff Anthony Oliver has filed a motion for leave to take early discovery of the defendants so that he can issue 500 requests for admission, 100 requests for production and interrogatories, a Rule 30(b)(6) deposition of defendant Lyft, Inc., and depositions of the three individual defendants.[1] In light of the fact that the defendants have not appeared and all of the relevant circumstances, the court holds that the early discovery that Mr. Oliver requests is not warranted here and denies Mr. Oliver's motion.

Going forward, if any discovery disputes arise, in lieu of filing discovery motions, the parties must comply with the dispute procedures in the court's standing order (attached). The procedures in it require, among other things, that the parties meet and confer on discovery disputes and that if

---

[1] Pl. Mot. – ECF No. 10-1 at 8. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

ORDER – No. 18-cv-05505-LB

a meet and confer by other means does not resolve the parties' dispute, the parties must meet and confer in person (if they/counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether further proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: September 18, 2018

_____

LAUREL BEELER
United States Magistrate Judge