IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY OLIVER,<br><br>    Plaintiff,<br><br>v.<br><br>LYFT, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-05505-MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO TRANSFER VENUE**<br><br>Re: Dkt. No. 31 |

Before the Court is plaintiff's "Motion to Transfer Venue," filed October 15, 2018, whereby plaintiff seeks to transfer the above-titled action to the United States District Court for either the Northern or Southern District of Georgia. Defendant Lyft Inc. ("Lyft") has filed a "Statement of Non-Opposition," by which Lyft consents to a transfer of the action to the Southern District of Georgia, but not to the Northern District of Georgia.

Having read and considered the parties' respective filings, and good cause appearing, the motion is hereby GRANTED, and the above-titled action is hereby TRANSFERRED to the Southern District of Georgia.[1]

**IT IS SO ORDERED.**

Dated: October 23, 2018

MAXINE M. CHESNEY
United States District Judge

---

[1] To the extent Lyft requests such transfer be conditioned on plaintiff's compliance with a prefiling, vexatious litigant order on file in the Southern District of Georgia, the Court finds the enforcement of any such order should be determined by the court that issued it.